**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MIKAYLA LYNN BELSANTI,

Plaintiff,

v. Case No: 8:21-cv-2184-CEH-TGW

PB FLORIDA, LLC and AIMEE O'NEIL,

Defendants.
___________________________________/

**ORDER**

This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on January 24, 2023, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 23). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

ACCORDINGLY, it is now **ORDERED:**

1. This action is dismissed, with prejudice.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on April 17, 2023.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any